**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:24-CV-982 |
| | § | |
| JOHN JORDAN MATHES, | § | |
| | § | |
| Defendant. | § | |

## COMPLAINT

For its Complaint against defendant John Jordan Mathes, plaintiff United States of America, by and through the United States Attorney for the Western District of Texas, alleges as follows:

## JURISDICTION AND VENUE

1. The United States brings this action to recover civil penalties under Section 27 of the Office of Federal Procurement Policy Act (commonly referred to as the Procurement Integrity Act), 41 U.S.C. §§ 2101–2017.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1355(a).

3. The conduct that forms the basis for this civil penalty action occurred in the Western District of Texas. Venue is appropriate in this district pursuant to 28 U.S.C. § 1395(a).

## PARTIES

4. Plaintiff is the United States of America, acting through the United States Department of Justice on behalf of the Defense Health Agency, a combat support agency of the United States Department of Defense.

5. Defendant is John Jordan Mathes, a natural person who was previously a civilian employee of the United States Army. Mathes is a former "official" of a "Federal agency," as those terms are defined in 41 U.S.C. § 2101.

## FACTUAL ALLEGATIONS

6. On August 1, 2018, the U.S. Army Health Contracting Activity, located at Joint Base San Antonio-Fort Sam Houston, awarded a contract to KDHK, Inc. for $83 million to provide healthcare housekeeping and related services for the Army at Tripler Army Medical Center ("TAMC"), Honolulu, Hawaii, and surrounding areas.

7. Mathes was the Chairman of the Source Selection Evaluation Board for the TAMC contract, which met in February and March 2018 in San Antonio.

8. A Source Selection Evaluation Board consists of Federal government employees who review and evaluate contract proposals.

9. While serving on the Source Selection Evaluation Board, Mathes conspired with KDHK's President, Kenneth Flores, and others to steer the TAMC contract to KDHK. Flores agreed to pay Mathes in exchange for Mathes' efforts to steer the TAMC contract to KDHK.

10. Between August 2018 and June 2020, Mathes received $216,710.46 from KDHK and a second company affiliated with Flores. These payments were routed through a company owned by Flores's brother to C & S Consulting Corporation, a corporation formed by Mathes. Through C & S Consulting Corporation, Mathes submitted sham invoices to Alliance Supply for consulting services to disguise these payments.

## COUNT I
**Violation of the Procurement Integrity Act**
**41 U.S.C. §§ 2104(a)(1) and 2105(b)(1)**

11. The United States realleges and incorporates by reference each of the preceding paragraphs as if fully set forth herein.

12. The Procurement Integrity Act imposes certain restrictions on Federal employees who have been involved in agency procurements.

13. Section 2104 provides in relevant part that a "former official of a Federal agency may not accept compensation from a contractor as … [a] consultant … within one year after the official served, when the contractor was selected or awarded a contract, as … a member of the source selection evaluation board … in a procurement in which that contractor was selected for an award of a contract in excess of $10,000,000." 41 U.S.C. § 2104(a)(1).

14. Mathes violated Section 2104 by accepting compensation from KDHK as consultants within one year after he served as Chairman of the Source Selection Evaluation Board for the TAMC contract, a procurement in which KDHK was selected for a contract award that exceeded $10,000,000.

15. An individual who violates Section 2104 is liable to the Federal government for a civil penalty of not more than $127,983 for each violation plus twice the amount of compensation that the individual received. 41 U.S.C. § 2105(b)(1); 28 C.F.R. § 85.5 (providing adjustments to civil penalties for violations occurring after November 2, 2015).

**PRAYER FOR RELIEF**

WHEREFORE, the United States prays for judgment in its favor and against defendant Mathes as set forth in the Motion for Final Judgment by Consent and Final Judgment by Consent that accompany this Complaint.

Dated: August 30, 2024

Respectfully submitted,

JAIME ESPARZA
United States Attorney

*/s/ Thomas A. Parnham Jr.*
THOMAS A. PARNHAM JR.
Assistant United States Attorney
New York Bar No. 4775706
903 San Jacinto Blvd, Suite 334
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
thomas.parnham@usdoj.gov

***Attorneys for the United States of America***